**IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EL SHAFIYQ ASAD ALI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ENTERPRISE LEASING COMPANY** | : | **NO. 10-2637** |
| **OF PHILADELPHIA, LLC** | : | |

## ORDER

**AND NOW**, this 27th day of September, 2011, upon consideration of the "Motion of Defendant, Enterprise Leasing Company of Philadelphia, LLC to Dismiss in part Plaintiff, El Shafiyq Asad Ali's, Third Amended Complaint" (Doc. No. 28), and Plaintiff's response thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and Counts III and IV of Plaintiff's Third Amended Complaint against Enterprise Leasing Company of Philadelphia, LLC (Doc. No. 27) are **DISMISSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**